David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
HARRY JACOBS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY JACOBS, | **Case No. 2:17-cv-01532-RFB-VCF** |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| IMPETUS ENTERPRISE, INC. D/B/A AIDING STUDENT RELIEF, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), IMPETUS ENTERPRISE, INC. D/B/A AIDING STUDENT RELIEF, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to IMPETUS ENTERPRISE, INC. D/B/A AIDING STUDENT RELIEF requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal, each party to bear its own attorney's fees and costs.

Dated: October 26, 2018

Respectfully submitted,

By:   /s/David H. Krieger, Esq.
David H. Krieger, Esq. (Nevada Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*